IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**LOYD WARD TUTOR, SR.,**

**Defendant.**                                              No. 09-30146-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion to set aside special penalty assessment and fine (Doc. 174). Specifically, Defendant moves the Court to set aside all special penalties, assessments and fines imposed upon him due to the recent loss of his spouse, job and residence. While the Court is sympathetic to defendant's situation, the Court denies the motion. As defendant is currently incarcerated, the payment of the fine and special assessment is voluntary. *See United States v. Boyd*, 608 F.3d 331, 334 (7th Cir. 2010)("The IFRP can be an important part of a prisoner's efforts toward rehabilitation, but strictly speaking, participation in the program is voluntary."). The Court notes that if defendant signed a contract with the prison he should try to restructure the contract due to his change in financial

circumstances. After defendant is released from prison and he still has dire financial circumstances, he should discuss his situation with his probation officer about a modification of his supervised release conditions. Accordingly, the Court **DENIES** defendant's motion to set aside special penalty assessment and fine (Doc. 174).

**IT IS SO ORDERED.**

Signed this 19th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.19 09:40:23 -05'00'

**Chief Judge
United States District Court**